IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DENNIS A. TALBOT, JR. | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.: JFM-01-2643 |
| | * | |
| U.S. FOOD SERVICE, ET AL. | | |
| Defendant | * | |
| | ****** | |

**ORDER**

Plaintiff has requested that counsel be appointed to represent her/him. I have considered the type and complexity of this case, the merits of the plaintiff's claim, and the plaintiff's ability to present the case. I do not find any exceptional circumstances warranting appointment of counsel at this time. See Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984). If, at a later stage of these proceedings, it appears that the appointment of counsel is warranted, I will reconsider this ruling.

Accordingly, plaintiff's request for appointment of counsel is denied.

Date: October 15, 2001

J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)