IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



DENNIS ARTHUR TALBOT, JR.     *
                              *
                              *
    v.                        *   Civil No. JFM-01-2643
                              *
U.S. FOODSERVICE, ET AL.      *
                           *****

ORDER

Plaintiff having filed an amended complaint for employment discrimination and counsel for defendants having informally advised the court that they have no objection to the filing of the amended complaint, it is, this 8th day of February 2002

ORDERED

1. Plaintiff is given leave to file an amended complaint; and

2. The Clerk is directed to accept the amended complaint for filing.

_____
J. Frederick Motz
United States District Judge

