IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DENNIS ARTHUR TALBOT, JR.          *
                                   *
   v.                              *   Civil No. JFM-01-2643
                                   *
U.S. FOODSERVICE, INC., et al.     *
                              *****

ORDER

For the reasons stated in the accompanying Opinion, it is, this 26 day of March 2002

ORDERED that Defendant's motion for summary judgment against Plaintiff as to Plaintiff's claim for relief under the Americans with Disabilities Act is granted.

_____
J. Frederick Motz
United States District Judge

8