LAW OFFICES
# MILES & STOCKBRIDGE
A PROFESSIONAL CORPORATION

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

STEVEN D. FRENKIL
410-385-3758
sfrenkil@milesstockbridge.com

May 31, 2002

**VIA HAND-DELIVERY**

The Honorable J. Frederick Motz
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN -3  A 11: 04
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

Re:   Dennis Arthur Talbot, Jr. v. U.S. Foodservice and Teamsters Local 570
      Civil Case No.:  JFM-01-CV-2643

Dear Judge Motz:

This letter is submitted on behalf of counsel for the parties to request that all deadlines be held in abeyance for thirty days while settlement papers are completed.

Early this afternoon, the parties agreed to the terms of a settlement agreement in this case, subject to settlement language being prepared and agreed upon. The complicating issue is that the deadline for the Motion for Summary Judgment is June 11, and counsel for the Plaintiff is on the West Coast and cannot work on settlement papers until the week that the Summary Judgment Motion is due.

Therefore, we are jointly, respectfully requesting that the Summary Judgment deadline and all the deadlines be held in abeyance for thirty days while the parties finalize the settlement papers in this case. We appreciate your consideration of this request. Thank you.

Very truly yours,

Steven D. Frenkil

SDF/mjg
cc:   George Hermina, Esquire
      Paul D. Starr, Counsel for Defendant Local 570

519918