IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DENNIS ARTHUR TALBOT, JR. | * | |
| | * | |
| v. | * | Civil No. JFM-01-2643 |
| | * | |
| U.S. FOODSERVICE, INC., et al. | * | |

*****

## ORDER

For the reasons stated in the accompanying Opinion, it is, this 4th day of June 2002

ORDERED that Defendant's motion for summary judgment against plaintiff as to plaintiff's claims for relief under the Americans with Disabilities Act and Title VII is granted.

J. Frederick Motz
United States District Judge



7