Jun-26-02 05:25P HERMINA LAW GROUP    301 490 7913        P.08

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL -9 P 3:44

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL -8 P 3:54

**ATTACHMENT B**

CLERK'S OFFICE
BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DENNIS ARTHUR TALBOT, JR., | * | |
| Plaintiff, | * | |
| v. | * | |
| U.S. FOODSERVICE, | * | CASE NO. JFM-01-CV-2643 |
| and | * | |
| LOCAL UNION 570, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dennis Arthur Talbot, Jr. and Defendants U.S. Foodservice, Inc. and Teamsters Local Union No. 570, by their respective undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint and Amended Complaint, with each said party to bear its own costs, expenses, and legal fees.

Respectfully submitted,

_/s/ Hannibal G. Williams Kemerer_ (Date) 6-26-02
Hannibal G. Williams Kemerer
Fed. Bar No. 14837
Hermina Law Group
8327 Cherry Lane
Laurel, Maryland 20707
(301) 206-3166

Counsel for Plaintiff

_/s/ Steven D. Frenkil (JCE)_ 7/8/02
Steven D. Frenkil          (Date)
Bar No. 00087
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Counsel for Defendant,
U.S. Foodservice, Inc.

07-03-2002 14:51            321 1419           ABATO RUBENST                    P.03
07/03/02  13:23      ☎                    MILES STOCKBRII                        ☒009
06/28/02  10:15      ☎                    MILES STOCKBRIDG                       ☒010

JUN-26-02 05:25P HERMINA LAW GROUP                    301 490 7913              P.09

_____                          _____ 7/3/02
Dennis Arthur Talbot, Jr.        (Date)            James R. Rosenberg        (Date)
                                                   Fed. Bar No. 22885
        6·25·02                                    Paul D. Starr
                                                   Fed. Bar No. 24789
                                                   Abato, Rubenstein, and Abato, P.A.
                                                   809 Gleneagles Court, Suite 320
                                                   Baltimore, Maryland 21286
                                                   (410) 321-0990

                                                   Counsel for Defendant,
                                                   Teamsters Local Union No. 570


SO ORDERED this _____ day of _____July_____, 2002.

                                    _____
                                    The Honorable J. Frederick Motz

823904

2

LAW OFFICES
## MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

WRITER'S DIRECT DIAL
(410) 385-3518

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -8  P 3: 54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

July 8, 2002

**VIA HAND-DELIVERY**

Clerk of the Court
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

Re:  Dennis Arthur Talbot, Jr. v. U.S. Foodservice and Local Union 570
     Case No.: JFM-01-CV-2643

Dear Sir or Madam Clerk:

Enclosed for filing in the above-referenced matter please find an original and two copies of the Stipulation of Dismissal With Prejudice.

Please date-stamp the extra copy provided and return it to our waiting messenger.

Thank you for your assistance in this matter.

Very truly yours,

Justin C. Eller

JCE:mjg
Enclosures

BALT01:503353|C03377-000159